Minute Order Form (rev. 4/99)

07 GJ 1218

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE NORGLE | Sitting Judge if Other Than Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 07 CR 0821 | DATE | FEBRUARY 7, 2008 |
| CASE TITLE | US v. ROGELIO AGUIRRE, ANTONIO VASQUEZ, DAVID VIZCARRA, & JACINTO VIZCARRA | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

### SPECIAL JUNE 2007

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge ___Maria Valdez___

Docket Entry:

NO BOND SET, DETAINED BY MAGISTRATE AS TO ROGELIO AGUIRRE, ANTONIO VASQUEZ, AND DAVID VIZCARRA. BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE AS TO JACINTO VIZCARRA.

FILED
FEB - 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| | No notices required, advised in open court. | | Date docketed | |
| | No notices required. | | Docketing dpty. initials | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | Date mailed notice | |
| | Docketing to mail notices | | | |
| | Mail AO 450 form. | | Mailing dpty. initials | |
| | Copy to judge/magistrate judge. | | | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |